ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| John C. Grimberg Co., Inc. | )     ASBCA Nos. 61243, 61244, 61245 |
| | )                61425, 61426 |
| Under Contract No. N40080-10-D-0492 | ) |

APPEARANCES FOR THE APPELLANT:    Arnie B. Mason, Esq.
                                     Melisa A. Roy, Esq.
                                      Williams Mullen PC
                                      Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      Ellen M. Evans, Esq.
                                      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. These appeals are dismissed with prejudice.

Dated: April 22, 2020

_____
DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61243, 61244, 61245, 61425, 61426, Appeals of John C. Grimberg Co., Inc., rendered in conformance with the Board's Charter.

Dated: April 22, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals